# Littler

Employment & Labor Law Solutions Worldwide

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/22

Emma J. Diamond
212.497.6849 direct
212.583.9600 main
ediamond@littler.com

*[Handwritten endorsement: 6/21/2022 briefing schedule ok — Colleen McMahon]*

June 17, 2022

**VIA ECF**

Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Venecia Marte vs. Montefiore Medical Center,*
Case No. 22-cv-03491

**MEMO ENDORSED**

Dear Judge McMahon:

We represent Defendant Montefiore Medical Center ("Montefiore") in the above-referenced matter. We write to advise the Court that Montefiore will file a motion to dismiss Plaintiff's Complaint with prejudice tomorrow. Accordingly, Montefiore respectfully requests that the Court: (i) adjourn the date for submission of the proposed case management plan pending resolution of the motion to dismiss, and (ii) adopt the proposed briefing schedule for the motion to dismiss set forth below. Plaintiff consents to these requests.

The Parties have conferred and request that the Court adopt the following briefing schedule for Defendant's motion to dismiss:

| | |
|---|---|
| Defendants' Motion to Dismiss: | June 17, 2022 |
| Plaintiff's Opposition Papers: | July 18, 2022 |
| Defendants' Reply: | August 8, 2022 |

Thank you for your Honor's time and consideration.

Respectfully submitted,

*/s/ Emma J. Diamond*

Emma J. Diamond

Hon. Barbara Jaffe
January 18, 2022
Page 2

cc:   All Attorneys of Record (via ECF)

Case 1:22-cv-03491-CM   Document 15   Filed 06/28/22   Page 2 of 2