# Littler
Employment & Labor Law Solutions Worldwide

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

Jean L. Schmidt
212.497.8486 direct
212.583.9600 main
646.417.7534 fax
jschmidt@littler.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/29/2022

August 25, 2022

**MEMO ENDORSED**

**VIA ECF**

Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Conference adjourned.*

*/s/ Colleen McMahon*
8/29/2022

Re:   *Venecia Marte vs. Montefiore Medical Center*
      Case No. 22-cv-03491

Dear Judge McMahon:

We represent Defendant in the above-referenced action.

We write to request the Court Adjourn the initial pre-trial conference currently scheduled for September 8, 2022.

By Order dated June 22, 2022, Your Honor granted an extension of time for the parties to submit the case management statement and approved a briefing schedule for Defendant's motion to dismiss Plaintiff's Complaint with prejudice. (Dkt. No. 15). Defendant's motion is now fully briefed and pending before Your Honor. (Dkt. Nos. 13-14, 17, 18). Accordingly, we respectfully request that Court adjourn the September 8, 2022 conference pending the disposition of Defendant's motion.

Plaintiff's counsel consents to this request.

Respectfully submitted,

*/s/ Jean L. Schmidt*

Jean L. Schmidt

Hon. Barbara Jaffe
August 25, 2022
Page 2

cc:    All Attorneys of Record (via ECF)