**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
VENECIA MARTE,

                Plaintiff,

-against-                      22 **CIVIL** 3491 (CM)

                            **JUDGMENT**

MONTEFIORE MEDICAL CENTER,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated October 12, 2022, Defendant's motion to dismiss is GRANTED. The complaint is dismissed with prejudice in its entirety. This constitutes the decision and order of the court. This is a written decision.

**Dated:**  New York, New York

      October 12, 2022

                                             **RUBY J. KRAJICK**

                                              _____
                                                **Clerk of Court**

                        **BY:**         *K. Mango*

                                                _____
                                                **Deputy Clerk**